# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAMION G. DAVIS, <br><br> Plaintiff, <br><br> v. <br><br> OFFICER MILLER, et al., <br><br> Defendants. | CIVIL ACTION NO. 1:18-CV-02286 <br><br> (JONES, J.) <br> (MEHALCHICK, M.J.) |

## ORDER

AND NOW, this 13th day of March, 2019, in accordance with the Memorandum filed concurrently herewith, and having determined that Plaintiff's complaint (Doc. 1) fails to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(A), 28 U.S.C. § 1915(e)(2)(B)(ii), and Fed. R. Civ. P. 8, Plaintiff is hereby ORDERED to file an amended complaint within **30 days of the date of this Order, or on or before April 12, 2019.**

BY THE COURT:

Dated: March 13, 2019

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**