Damion Davis
ID# 042256481
BFDF
4250 Federal Dr
Batavia, NY, 14020

January 17, 2023

FILED
SCRANTON
JAN 23 2023
PER _____
DEPUTY CLERK

Judge Mehalchick
235 North Washington Ave
P.O. Box 1148
Scranton, Pa. 18501-1148

RE: Davis v. Officer Kennedy - 1:18-cv-02286

To The Honorable Judge Mehalchick:

    Your Honor, I have called the defendants Attorney and left a couple messages, I have even left a link for them so we could have a video conference and i also told them that they can call the Jail where I am being housed and set up a Phone Conference on a day when they have the time, Free in order for us to come to some kind of agreement that would suit both parties, so we can resolve the matter that's at hand.

    Your Honor, I have left voice mails with my name and I have still yet to hear from them, so now I am asking if we could move to the next steps in this proceedings in order for me to find Justice for my

self and my Family.

Your Honor, i thank you and so do my family for your understanding in the above matter.

SCRANTON
JAN 23 2023
PER___
DEPUTY CLERK

Respectfully submitted

[signature]

1-17-23
Dated



Damion Davis
ID# 042256487
BFDF
4250 Federal Dr.
Batavia, N.Y. 14020

Legal Mail
CONFIDENTIAL

Buffalo Federal Detention Facility

BUFFALO NY 140
18 JAN 2023 PM 5 L

Clerk of Court
235 North Washington Ave
P.O. Box 1148
Scranton, Pa. 18501-1148

RECEIVED
SCRANTON
JAN 23 2023
PER _____ DEPUTY CLERK

18501-114848