FILED
SCRANTON
FEB 03 2023
PER _____
DEPUTY CLERK

Case No. 18-cv-2286

Dear Judge Mehalchick;

Every Time I turn around I see another person getting killed by The Police, I see the most heinouse crimes being commited by police officers who took an oath to protect and serve their community, but instead they are out there doing the opposite. And if the people who they violated try's to stand up against their tyranny they get punish.

Now your honor, five Police officer's just killed an innocent black man. I ask you, did "Tyre Nichols" had to Die, did he really had to get assaulted by those Memphis police officers, did officer Desmond Mills Jr, Demetrius Haley, Justin Smith or officer Tadarrius Bean had to use excessive force on an unharmed civilian that they already cuffed.

Your Honor, he was running for his life, and when they caught up to him, they beat him to death. You have to ask yourself, if there was no one fighting for answers, if there was no camera on that street pole, would they have falsified their police report, would have lied to their superior to cover up their actions just to avide going to jail.

Therefore, i can see and this new world that we are living in can also see that its not only the criminals with the guns that you have to be afraid of its the ones with the Badges too.

I Think about how his family is dealing with their loss and wondering why the Police took their son away, but i can relate to their

(1)

sadness, I can relate to their pain, cause watching that video gave me flashbacks of the day when I was assaulted by the Carlisle Police, it gave me flashbacks of when I was holding my Daughters lifeless body in the hospital room, I kept that thought in my head that she was just sleeping and she was going to wake up soon and open her eyes. So yeah! I know its hard on his Family, because his death as now become their reality and a nightmare that they will never wake up from.

Therefore, I ask you.. When will these cops stop beating up on innocent people, when will they stop taken lives that don't belong to them, when will they stop pretending that the lives that they take wasn't a human being, or a person that is loved by other human beings, or they wont be missed by their Family. Do they even think of them as someones Father, Brother, Grandfather, Uncle or someones close friend. Do they even think that they have a meaning or even a purpose in life, could he have been a comfort to the ones that loves him unconditionally.

Your Honor, if you break the Law, should it really matter if your civilian or a Police officer, should you not pay for the crime you commit, Shouldn't every one be held accountable for their actions. The Law should never be base off if your just a regular "Joe" or the cop that lives down the block, a Badge should never stop you from being punish By the same Law that you took a vow to uphold.

(2)

And even if officer Kennedy or the Carlisle Police Department disagree with what I have wrote in this letter or the allegations that I have set forth in my complaint or even my claims for relief. The fact is theres nothing either of us could do or say that would ever bring a person back from the "Dead".

Respectfully Submitted

*[signature]*

1-27-23
Date.

Damion Davis
ID# 0H2256H87
BFDF/Buffalo Federal Detention Facility
4250 Federal Dr.
Batavia, NY. 14020

Legal Mail
CONFIDENTIAL

BUFFALO NY 140
31 JAN 2023 PM 1 L

Clerk of Court
235 North Washington Ave
P.O. Box 1148
Scranton, Pa. 18501-1148

RECEIVED
SCRANTON
FEB 03 2023
PER _____ DEPUTY CLERK