

**Brian C. Conley**
*Attorney*
bconley@macmainlaw.com
Direct: 484-667-7745

433 W. Market Street, Suite 200
West Chester, PA 19382

February 8, 2023

<u>Via ECF</u>
Honorable Judge Karoline Mehalchick
United States Magistrate Judge
Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

      RE:   **Davis v. Officer Kennedy, et al.**
               U.S.D.C for the Middle District of Pennsylvania
               Docket: 18- CV-2286

Dear Judge Mehalchick:

      As you are aware, this office represents the Defendants, Carlisle Police Department and Officer Kennedy, in the above-referenced matter. As you are also likely aware from the recent filings in this case, there have been settlement discussions between the parties, including a request from Plaintiff to schedule a teleconference to address the same.

      Given the fact of Plaintiff is proceeding *pro se* and is incarcerated, Defendants respectfully request that this matter be scheduled for a telephonic Settlement Conference with Your Honor at a date and time that is mutually convenient to parties and Your Honor.

      Thank you for your assistance in this matter. If you have any questions or concerns, please feel free to contact my office.

                                              Very Truly Yours,

                                              */s/ Brian C. Conley*

                                              Brian C. Conley

BCC/sh

CC:  Damion Davis           (*via first-class mail*)
     David J. MacMain       (*via e-filing*)

## CERTIFICATE OF SERVICE

I, Brian C. Conley, Esquire, hereby certify that on this 8th day of February 2023, a copy of the foregoing was served upon the following via first-class mail:

Damion Davis
Inmate No. 042-256-487
SPECIAL MAIL – OPEN ONLY IN
THE PRESENCE OF THE INMATE
Buffalo Federal Detention Facility
4250 Federal Drive
Batavia, NY 14020

**MacMAIN LEINHAUSER PC**

By:   */s/ Brian C. Conley*
Brian C. Conley
Attorney I.D. No. 311372
433 W. Market Street, Suite 200
West Chester, PA 19382
*Attorney for Defendants*