# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAMION G. DAVIS, | No. 1:18-CV-02286 |
| Plaintiff, | (Chief Judge Brann) |
| v. | (Chief Magistrate Judge Mehalchick) |
| OFFICER MILLER, *et al.*, | |
| Defendants. | |

# ORDER

**FEBRUARY 10, 2023**

Damion G. Davis filed this second amended 42 U.S.C. § 1983 civil rights complaint alleging that several individuals violated his civil rights.[1] On January 4, 2023, Chief Magistrate Judge Karoline Mehalchick issued a Report and Recommendation recommending that this Court deny Davis' motions for sanctions and motion for summary judgment.[2] No timely objections were filed to this Report and Recommendation.

Where no objection is made to a report and recommendation, this Court will review the recommendation only for clear error.[3] Regardless of whether objections are made, district courts may accept, reject, or modify—in whole or in part—the

---

[1] Doc. 56.
[2] Doc. 127.
[3] Fed. R. Civ. P. 72(b), advisory committee notes; *see Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that court should in some manner review recommendations regardless of whether objections were filed).

findings or recommendations made by the magistrate judge.[4] Upon review of the record, the Court finds no error in Chief Magistrate Judge Mehalchick's conclusion that Davis' motions should be denied. Consequently, **IT IS HEREBY ORDERED** that:

1. Chief Magistrate Judge Karoline Mehalchick's Report and Recommendation (Doc. 127) is **ADOPTED**;

2. Davis' motions for sanctions (Docs. 116, 119) are **DENIED**;

3. Davis' motion for summary judgment (Doc. 118) is **DENIED**; and

4. This matter is **REMANDED** to Chief Magistrate Judge Mehalchick for further proceedings.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[4] 28 U.S.C. § 636(b)(1); Local Rule 72.31.